UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | 15 CV 04946 |
| v. | ) ) | |
| LANGHORST CONSTRUCTION, INC., a Missouri corporation, | ) ) ) | Judge Manish S. Shah |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

This Court granted the plaintiffs Chicago Regional Council of Carpenters Pension Fund

*et al.*'s ("Trust Funds") motion for a default order against defendant LANGHORST

CONSTRUCTION, INC., ("Defendant" or "LANGHORST") on October 21, 2015. *See* Order,

Oct. 21, 2015, Docket No. 12. In order to obtain a final judgment, the Trust Funds hereby

submit this Plaintiffs' Motion for Entry of Final Judgment ("Petition"). In support of their

Motion, Trust Funds state as follows:

## I.     SUMMARY OF DAMAGES.

For the reasons explained more fully below, this Court should award the Trust Funds

$79,098.43 in damages as follows:

| | |
|---|---|
| (A) Unpaid Fringe Benefit Contributions | $56,031.97 |
| (B) Interest | $2,379.77 |
| (C) Liquidated Damages | $11,039.05 |
| (D) Auditors' Fees | $4,717.50 |
| (E) Attorneys' Fees and Costs | $4,930.14 |
| Total | $79,098.43 |

## II.   ARGUMENT.

### A.   Damages for Unpaid Fringe Benefit Contributions.

LANGHORST is bound by the Area Agreement with the Chicago Regional Council of Carpenters ("Union").  *See* Declaration of J. Libby ¶3, Exhibit A.  The Trust Funds conducted an audit of LANGHORST's books and records which revealed unpaid fringe benefit contributions in the amount of $56,031.97.  *See* Declaration of J. Libby ¶¶4-9, Exhibit A.

Under ERISA, LANGHORST is liable to the Trust Funds for any unpaid fringe benefit contributions.  ERISA states as follows:

> In any action under this subchapter by a fiduciary for or on behalf of a plan to enforce section 1145 of this title in which a judgment in favor of the plan is awarded, the court shall award the plan— **(A)** the unpaid contributions . . . .

*See* 29 U.S.C. §1132(g)(2)(A).

Accordingly, this Court should award the Trust Funds $56,031.97 for unpaid fringe benefit contributions.

### B.   Interest.

Under ERISA, 29 U.S.C. §1132, Trust Funds are entitled to collect interest on the unpaid contributions.  Section 1132(g)(2)(B) provides as follows:

> **(2)** In any action under this subchapter by a fiduciary for or on behalf of a plan to enforce section 1145 of this title in which a judgment in favor of the plan is awarded, the court shall award the plan—
> . . .
> **(B)** interest on the unpaid contributions,
> . . .
> For purposes of this paragraph, interest on unpaid contributions shall be determined by using the rate provided under the plan, or, if none, the rate prescribed under section 6621 of title 26.

*See* 29 U.S.C. §1132(g)(2).  And, section 6621 of title 26 provides as follows:

> **(2) Underpayment rate.**  The underpayment rate established under this section shall be the sum of—
> **(A)** the Federal short-term rate determined under subsection (b), plus

**(B)** 3 percentage points.

*See* 26 U.S.C. §6621.

This is consistent with the trust agreements which also allow the Trust Funds to collect interest on the amount due. *See* Decl. of J. Libby ¶10, Exhibit A. Therefore, the Trust Funds are entitled to recover interest based on the statute.

The amount due as interest on the fringe benefit contributions is $2,379.77. *See* Declaration of J. Libby ¶12, 14, Exhibit A. Accordingly, this Court should award the Trust Funds interest in the amount of $2,379.77 pursuant to 29 U.S.C. §1132(g)(2).

**C.     Liquidated Damages.**

Under ERISA, 29 U.S.C. §1132, the Trust Funds are entitled to collect liquidated damages on the unpaid contributions. Section 1132(g)(2)(C)(ii) provides as follows:

> **(2)** In any action under this subchapter by a fiduciary for or on behalf of a plan to enforce section 1145 of this title in which a judgment in favor of the plan is awarded, the court shall award the plan—
> . . .
> **(C)** an amount equal to the greater of—
> . . .
> **(ii)** liquidated damages provided for under the plan in an amount not in excess of 20 percent (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the court under subparagraph (A),

This is consistent with the trust agreements which also allow the Trust Funds to collect liquidated damages of 1.5% monthly on the amount due. *See* Decl. of J. Libby ¶10, Exhibit A.

The total liquidated damages calculated at 1.5% per month compounded equals $11,039.05. *See* Decl. of J. Libby ¶12, 14, Exhibit A. Accordingly, this Court should award the Trust Funds liquidated damages in the amount of $11,039.05 pursuant to 29 U.S.C. §1132(g)(2)(C)(ii).

### D.  Auditor's Fees.

Under the terms of the Trust Agreements and the Area Agreement, a signatory employer is liable for reasonable fees of auditors retained by the Trust Funds used to establish the amount of delinquent contributions to the Trust Funds.  *See* Declaration of J. Libby ¶13, Exhibit A.

Moreover, ERISA, 29 U.S.C. §1132, likewise provides that the Trust Funds are entitled to recover auditors' fees incurred to prove the amount of contributions owed:

> ERISA itself grants the district court authority to award the plaintiffs their reasonable attorney's fees and costs in successful actions to collect unpaid fringe benefit contributions owed to multi-employer plans, 29 U.S.C. § 1132(g)(2)(D), along with 'such other legal or equitable relief as the court deems appropriate,' id. § 1132(g)(2)(E). This court, among others, has construed the latter provision to include an award of audit costs. *Moriarty ex rel. Local Union No. 727, I.B.T. Pension Trust v. Svec*, 429 F.3d 710, 721 (7th Cir. 2005) (*citing Operating Eng'rs Pension Trust v. A-C Co.*, 859 F.2d 1336, 1343 (9th Cir. 1988)).

*See Trustees of the Chicago Plastering Institute Pension Trust v. Cork Plastering Co.*, 570 F.3d 890, 902 (7th Cir. 2009).

The Trust Funds incurred $4,717.50 in auditors' fees for the audit of LANGHORST's fringe benefit contributions to the Trust Funds during the Audit Period.  *See* Declaration of J. Libby ¶13, 14, Exhibit A.  Accordingly, this Court should award the Trust Funds $4,717.50 in reasonable auditors' fees for the audit of LANGHORST's books and records to determine that LANGHORST owed unpaid fringe benefit contributions.

### E.  Attorneys' Fees and Costs.

Under the terms of the Trust Agreements and the Area Agreement, LANGHORST is liable for reasonable attorney fees and costs incurred by the Trust Funds to collect delinquent contributions because the Trust Funds were required to hire counsel to compel the audit of LANGHORST and to collect the amount due from LANGHORST.  *See* Declaration of J. Libby ¶11, Exhibit A.

LANGHORST has a statutory obligation to pay attorneys' fees and costs. Under ERISA

29 U.S.C. §1132, Trust Funds are entitled to recover attorneys' fees and costs incurred to collect

the unpaid contributions. Section 1132(g) provides as follows:

> (g) Attorney's fees and costs; awards in actions involving delinquent
> contributions … (2) In any action under this subchapter by a fiduciary for or
> on behalf of a plan to enforce section 1145 of this title in which a judgment in
> favor of the plan is awarded, the <u>court shall award the plan</u>—…. (D)
> reasonable attorney's fees and costs of the action, to be paid by the
> defendant …

*See* 29 U.S.C. §1132(g)(2) (emphasis added). LANGHORST is also liable for attorneys' fees

and costs incurred by the Trust Funds to enforce any judgment entered in this matter. *See Free v.*

*Briody,* 793 F.2d 807, 808-09 (7th Cir. 1986).

Here the Trust Funds incurred $4,930.14 in attorneys' fees and costs as stated in the

affidavit and detailed billing statements accompanying this petition. *See* Declaration of K.

McJessy ¶¶6-8, Exhibit B. Billing statements are admissible to show the reasonableness of

attorneys' fees and costs in ERISA cases. *See Trustees of the Chicago Plastering Inst. Pension*

*Trust,* 570 F.3d at 903 (relying on attorneys "time records"); *Chicago Regional Council of*

*Carpenters Pension Fund v. RCI Enterprises, Inc.*, 2011 U.S. Dist LEXIS *6-7 (N.D. Ill., July

20, 2011) (Feinerman, J.) (relying on billing time records for award of attorneys' fees).

Moreover, the fees charged here of $160/hour and $220/hour for attorney time are

reasonable compared to the rates charged by other attorneys handling similar ERISA matters in

the Northern District of Illinois. As a matter of law, the Northern District of Illinois has

recognized that hourly rates of $195 per hour to $250 per hour are reasonable rates for attorney

time for ERISA litigation. *See Trustees of the Chicago Regional Council of Carpenters Pension*

*Fund v. RCI Enterprises, Inc.,* 2011 U.S. Dist. LEXIS *6 (N.D. Ill.) (holding that attorney rates

of $180/hr for a junior attorney to $250/hr for a partner are reasonable hourly rates for ERISA

lawsuit by the Chicago Regional Council of Carpenters); *Board of Trustees of the Rockford Pipe Trades Indus. Pension Fund v. Fiorenza Enters.*, 2011 U.S. Dist. LEXIS 28209, 21-22 (N.D. Ill. Mar. 18, 2011) ("the court finds that the hourly rates [of $195, $210 and $235 per hour] . . . are reasonable" for fringe benefit trust funds lawsuit against employer to collect unpaid contributions); *Divane v. Mitchell Sec. Sys.*, 2008 U.S. Dist. LEXIS 27825 (N.D. Ill. Apr. 7, 2008) ("The court finds that the billing rates [of $220.00 to 240.00 for attorneys] are reasonable.").

Accordingly, this Court should award the Trust Funds $4,930.14 in reasonable attorneys' fees and costs for the audit of LANGHORST's books and records to determine that LANGHORST owed unpaid fringe benefit contributions.

## III.    CONCLUSION.

For the forgoing reasons, the Trust Funds respectfully request that this Court enter final judgment for the Trust Funds in the amount of $79,098.43 as follows:

A.    $56,031.97 in unpaid contributions pursuant to the audit;

B.    $4,717.50 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records;

C.    $2,379.77 in interest pursuant to 29 U.S.C. § 1132(g)(2)(B);

D.    $11,039.05 in liquidated damages pursuant to 29 U.S.C. § 1132(g)(2)(C); and

E.    $4,930.14 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D).

The Trust Funds shall also recover reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order and any such further relief as this Court deems appropriate. *See Free v. Briody*, 793 F.2d 807, 808-09 (7th Cir. 1986). A proposed order is attached hereto as Exhibit C.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND *et al.*

By:   s/ Kevin P. McJessy
          One of Their Attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)
mcjessy@MCandT.com

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Motion for Entry of Final Judgment** to be served upon

Langhorst Construction, Inc.
c/o Amy Schueddig, Registered Agent
4844 Placid Hills Drive
Arnold, Missouri 63010

via U.S. Mail by depositing the same in the U.S. Mail depository located at 3759 N. Ravenswood with postage prepaid on this 1st day of March, 2016.

s/ Kevin P. McJessy
Kevin P. McJessy

# 15 CV 04946

# Exhibit  A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 15 CV 04946 |
| v. | ) | |
| | ) | |
| LANGHORST CONSTRUCTION, INC., a Missouri corporation, | ) | Judge Manish S. Shah |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JOHN LIBBY

I, John Libby, hereby declare, under penalty of perjury pursuant to the laws of the United

States, that the following statements are true to the best of my knowledge information and belief:

1.      I am the Manager, Audits & Collections for the Chicago Regional Council of

Carpenters Pension Fund ("Pension Fund"), the Chicago Regional Council of Carpenters Health

and Welfare Fund ("Health and Welfare Fund"), the Chicago and Northeast Illinois Regional

Council of Carpenter Apprentice and Trainee Program ("Trainee Fund") and the

Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the Trust

Funds").

2.      As part of my duties, I am responsible for managing the collection of

contributions for medical, pension and other benefits due from numerous employers pursuant to

the collective bargaining agreement between the employers and the Chicago and Northeast

Illinois Regional Council of Carpenters ("Union") and between employers and the United

Brotherhood of Carpenters and Joiners of America.  Accordingly, I am familiar with the terms of

the current collective bargaining agreement ("Area Agreement") and the trust agreements

establishing the Trust Funds.

3.     LANGHORST CONSTRUCTION, INC., a Missouri corporation ("Defendant"), is an employer bound by the Area Agreement with the Union by nature of its having signed an agreement with the United Brotherhood of Carpenters and Joiners of America and having performed work within the geographic jurisdiction of the Union. A copy of the Trust Funds' records showing that Defendant is bound by the Area Agreement is attached as Exhibit 1. Defendant has submitted contribution reports to the Trust Funds and those contribution reports state in part that "We hereby agree to be bound by, and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained." A copy of a contribution report submitted by Defendant to the Trust Funds is attached as Exhibit 2. Accordingly, Defendant is bound to the Area Agreement with the Union and the trust agreements establishing the Trust Funds. The Area Agreement and the trust agreements are collectively referred to herein as "Agreements."

4.     Pursuant to the Agreements, Defendant is required to pay fringe benefit contributions to the Trust Funds for work performed by Defendant's employees and non-union subcontractors performing work falling within the jurisdiction of the Union.

5.     Pursuant to the Agreements, Defendant also agreed to submit to a periodic audit of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds.

6.     The Trust Funds engaged Legacy Professionals, LLP ("Legacy") to conduct an audit of Defendant's fringe benefit contributions to the Trust Funds for the period January 1, 2014 through March 31, 2015.

7.     After this lawsuit was filed, Defendant produced records to Legacy. Legacy prepared Audit Reports of Defendant's fringe benefit contributions to the Trust Funds based on Legacy's review of the records produced by Defendant. Legacy delivered a copy of its Audit Report to the Trust Funds for Defendant's account.

8.     A copy of the Audit Report is attached as Exhibits 3. According to the Audit Report and based on the records produced by Defendant to Legacy and to the Trust Funds, Defendant owes $36,546.10 in unpaid fringe benefit contributions to the Trust Funds, not including contributions owed for underreporting hours worked by supervisor employees who also perform bargaining unit work as addressed below.

9.     The records produced by Defendant further show that Defendant owes fringe benefit contributions for supervisor employees who Defendant reported at less than 160 hours per month. For example, according to the Area Agreement, an employer is obligated to report and pay contributions to the Health and Welfare Fund on supervisor employees who perform jurisdictional work at a minimum rate of 160 hours per month ("the 160-Hour Rule"):

> The EMPLOYER may make contributions for all hours worked by the Superintendents and other management personnel for whom contributions to the Health and Welfare Fund were heretofore made when such individuals were employed as journeyman Carpenters. Such contributions shall be made in a monthly amount equal to at least one hundred and sixty (160) times the hourly contribution rate specified in this Article. . . . . The EMPLOYER shall make contributions on behalf of each of its Employees employed by EMPLOYER in a management or supervisory position who is also engaged in work of a character falling within the jurisdiction covered by this Collective Bargaining Agreement in an amount of no less than one hundred and sixty (160) hours per month.

There are similar requirements for the Pension Fund and the Trainee Fund. According to the information provided to Legacy, Defendant owes $19,485.87 in unpaid contributions for violation of the 160-Hour Rule. A copy of a summary of contributions owed by Defendant for failing to comply with the 160-Hour Rule is attached hereto as Exhibit 4.

10. The Agreements provide that the Trust Funds collect liquidated damages on unpaid fringe benefit contributions at a rate of 1½ percent compounded monthly. The Agreements also provide that the Trust Funds collect interest on unpaid fringe benefit contributions as allowed by law.

11. Because Defendant failed to comply with the terms of the Agreements, the Trust Funds have had to employ the services of the law firm McJessy Ching & Thompson, LLC. As a result, the Trust Funds incurred attorneys' fees and costs.

12. A summary of the updated calculations of accrued interest and liquidated damages for the Audit Report is attached hereto as Exhibit 5 and for violations of the 160-Hour Rule is attached as Exhibit 6. Defendant owes $2,379.77 in unpaid interest calculated pursuant to 26 U.S.C. §6621 and $11,039.05 in unpaid liquidated damages calculated in accordance with the Agreements.

13. The Trust Funds paid Legacy $4,717.50 as auditors' fees for Legacy to conduct its review of Defendant's books and records and to prepare the Audit Report.

14. In sum, based on the records produced by Defendant, Defendant owes unpaid contributions of $56,031.97, interest of $2,379.77, liquidated damages of $11,039.05, auditors' fees of $4,717.50 plus the attorneys' fees and costs incurred by the Trust Funds in this lawsuit.

15. I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

I declare under penalty of perjury that the foregoing is true and correct.

_____
John Libby

Executed on:
_____
2/29/16
Date

# 15 CV 04946

# Exhibit  A-1

United Brotherhood of Carpenters and Joiners of America
International Signatories:

| Contractor Name Address | City | State | Phone | Fax | Contract Name |
|---|---|---|---|---|---|
| Langenbacher Company Inc., John 1345 Seneca Ave | Bronx | NY | (212) 323-7900 | | 1. Standard Construction (SCA) |
| Langenfelder & Son, Inc., C.J. 8427 Pulaski Highway | Baltimore | MD | (410) 682-2000 | (410) 391-4367 | 12. National Maintenance Agreements Policy Committee (NMAPC) |
| Langer Construction 54 East Moreland Ave | West St Paul | MN | (651) 457-5993 | | 1. Standard Construction (SCA) |
| Lanhurst Construction Inc. | | | (630) 256-0756 | (630) 256-0543 | 1. Standard Construction (SCA) 10. Millwright Maintenance (MWMA) |
| Lankford Enterprises Inc 20625 South Metcalf | Bucyrus | KS | (913) 681-2244 | | 1. Standard Construction (SCA) |
| Lansing Poured Wall Company PO Box 23084 | Lansing | MI | (517) 646-8166 | (517) 646-9158 | 1. Standard Construction (SCA) 12. National Maintenance Agreements Policy Committee (NMAPC) |
| Lanville Foundations Inc. 17396 Gray Road | Howell | MI | (517) 546-0974 | (517) 546-9919 | 1. Standard Construction (SCA) 12. National Maintenance Agreements Policy Committee (NMAPC) |
| Larkin Enterprises, Inc. 17 Carriage Lane | Hampden | ME | (207) 990-5417 | (207) 942-3496 | 1. Standard Construction (SCA) 12. National Maintenance Agreements Policy Committee (NMAPC) |
| Larry's Carpet P.O. Box 170 | Advance | MO | | | 23. Floorcovering Agreement |
| Larson Equipment & Furniture Company, The 403 South Vermont | Palatine | IL | (847) 705-0460 | (847) 705-0560 | 1. Standard Construction (SCA) |
| Larson-Danielson Construction Co., Inc. 302 Yer Street | LaPorte | IN | (219) 362-2127 | (219) 362-2845 | 1. Standard Construction (SCA) |
| Laserstraight Inc 1412 Harvest Ave | Kettering | OH | (513) 299-6505 | | 1. Standard Construction (SCA) 5. Ceiling & Interior Systems Contractors Association (CISCA) |
| Laso Contractors Inc RD 4, Box 174 | Ligonier | PA | (412) 238-6578 | | 5. Ceiling & Interior Systems Contractors Association (CISCA) |
| Lathrop Company, The 460 West Dussel Drive, PO Box 772 | Maumee | OH | (419) 893-7000 | (419) 893-1741 | 12. National Maintenance Agreements Policy Committee (NMAPC) |
| Laur & Mack Contracting Co Inc 1400 College Ave | Niagara Falls | NY | (716) 284-5218 | | 1. Standard Construction (SCA) |
| Laurill Installations, Inc. 1595 Kunny Rd | Quakertown | PA | (215) 679-0753 | (215) 541-9101 | 1. Standard Construction (SCA) |
| Lawrence Inc., John D. 999 Ammonason Road, Box 7 | Westville | NJ | (609) 456-1304 | (609) 456-8311 | 12. National Maintenance Agreements Policy Committee (NMAPC) |
| Lawson Steel Erection Co 940 North Scott | Belton | MO | (816) 322-2624 | | 1. Standard Construction (SCA) |
| LeFiell Company PO Box 7789, Rincon Annex | San Francisco | CA | (415) 282-8676 | | 1. Standard Construction (SCA) |
| Leadbetter & Son Inc., A. C. 110 Arco Drive | Toledo | OH | (419) 537-9081 | (419) 536-9134 | 1. Standard Construction (SCA) |
| Lee Company Inc 27 S 12th Street | Terre Haute | IN | (812) 235-8155 | (812) 235-3587 | 1. Standard Construction (SCA) 12. National Maintenance Agreements Policy Committee (NMAPC) 5. Ceiling & Interior Systems Contractors Association (CISCA) |

# 15 CV 04946

# Exhibit  A-2

**CHICAGO REGIONAL COUNCIL OF CARPENTERS**
Combined Fringe Benefit Funds and Dues Checkoff Report
Telephone (Fringe Benefits) 312/787-9455 and (Regional Council) 312/787-3076

| PAGE NO. | ACCOUNT NO. |
|---|---|
| H & W | 9.46 |

2388
50755
805705

SEE INSTRUCTIONS ON REVERSE

- [6] No Employees This Month
- [6] Change Of Address
- [R] Change Of Name
- [X] Send More Forms

Firm Name and Address

**LANGHORST CONSTRUCTION, INC.**
4844 Placid Hills Drive
Arnold, MO 63010

NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY ___% OF EACH EMPLOYEES MONTHLY GROSS WAGES

Month of **July 2008**

| Member I.D. Number | Carpenters Name | Local & Class | X | Gross Wages | Dues Withheld ($) |
|---|---|---|---|---|---|
| REDACTED | Seeplefrick, Don | 9516 Yorkville | 16.50 | 726.80 | 21.77 |

1650

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED, AS LIQUIDATED DAMAGES.

| | |
|---|---|
| Total this month 9.46 = 156.09 | 156.09 | $726.80 | $21.77 |
| (1) Amount due at $ per hour | |
| 31. = 21.77 + (2) Total dues withheld | |
| = Subtotal | $ |
| Prior Balance Due or (Cr. Available) | $ |
| Grand Total | $ 177.86 |

AN 'X' INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foreman, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employee persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94482
CHICAGO, IL 60690

REPORT MUST BE SIGNED!

AUTHORIZED SIGNATURE *Amy Schneddy*

TITLE Pres/CEO    OWNER-PARTNER-OFFICER    CC-902-G 11/06

RECEIVED AUG 18 2008 By

# 15 CV 04946

# Exhibit  A-3

# Records Reviewed

| | | | |
|---|---|---|---|
| Account Number: | 23864 | Audit Period: | January 1, 2014 to March 31, 2015 |
| Employer: | Langhorst Construction Inc | Contact: | Amy Schueddig |
| Address: | 4844 Placid Hills Drive | Title: | President |
| | Arnold, MO 63010 | Phone: | (636) 290-0739 |
| Phone: | (636) 290-0739 | | |

| Audit Results | |
|---|---|
| Discrepancy Total Hours | 718.75 |
| Discrepancy Benefit Hours | 1,314.50 |
| Discrepancy Amount | $36,546.10 |
| Liquidated Damages | $7,231.55 |
| Grand Total | $43,777.65 |

| Associated Account(s) |
|---|
| Langhorst Construction Inc (#50755) |
| E H Langhorst Construction Co (#21689) |

Potential 160 violation

| Reviewed | Employer Records |
|---|---|
| Yes | Annual Federal Unemployment Tax Return (940) |
| Yes | Bank Statements |
| No | Cash Disbursement Journals |
| Yes | Check Register / Cancelled Checks / Vouchers |
| N/A | Construction Loan Data |
| Yes | Contribution Reports to All Other Funds |
| Yes | Contribution Reports to Audited Funds |
| Yes | Federal Income Tax Returns (1120 or 1065) |
| No | General Ledgers |
| Yes | Individual Earnings Records |
| No | Invoices from Sub-Contractors |
| No | Job List/Job Cost Records |
| N/A | Miscellaneous Income Payment Reports (1099) |
| No | Payroll Journals |
| Yes | Quarterly Federal Tax Returns (941) |
| Yes | Quarterly Unemployment Wage Reports |
| N/A | Summary of Information Returns (1096) |
| No | Time Cards |
| Yes | Transmittal of Income and Tax Statements (W-3) |
| No | Vendor List |
| Yes | Wage and Tax Statements (W-2) |

| | | | |
|---|---|---|---|
| Audit Type: | General Priority | | Copy Forwarded to Attorney |
| | | | Potential 160 Hour Violation |
| Date Reviewed: | 1/30/16 | Reviewer: | Victor Arnold Jr CPA |

# Discrepancy Summary By Month

| | | | |
|---|---|---|---|
| Account Number: | 23864 | Audit Period: | January 1, 2014 to March 31, 2015 |
| Employer: | Langhorst Construction Inc | Contact: | Amy Schueddig |
| Address: | 4844 Placid Hills Drive | Title: | President |
| | Arnold, MO 63010 | | |
| Phone: | (636) 290-0739 | Page: | 1 of 17 |

| Reporting Period | Discrepancy Total Hours | Discrepancy Benefit Hours | Contribution Rate | Discrepancy Amount |
|---|---|---|---|---|
| January 2014 | 80.75 | 80.75 | $26.87 | $2,169.75 |
| February 2014 | 52.00 | 52.00 | $26.87 | $1,397.24 |
| March 2014 | 27.50 | 119.25 | $26.87 | $3,204.11 |
| April 2014 | 52.00 | 52.00 | $26.87 | $1,397.24 |
| May 2014 | 30.00 | 30.00 | $26.87 | $806.10 |
| June 2014 | 69.00 | 258.25 | $28.12 | $7,261.99 |
| July 2014 | 178.00 | 374.50 | $28.12 | $10,530.94 |
| September 2014 | 19.50 | 40.75 | $28.12 | $1,145.89 |
| October 2014 | 82.50 | 84.00 | $28.12 | $2,362.08 |
| November 2014 | 20.50 | 99.75 | $28.12 | $2,804.97 |
| December 2014 | 11.50 | 11.50 | $28.12 | $323.38 |
| January 2015 | 90.00 | 103.25 | $28.12 | $2,903.39 |
| February 2015 | | 3.00 | $28.12 | $84.36 |
| March 2015 | 5.50 | 5.50 | $28.12 | $154.66 |

| Total Hours | 718.75 | Benefit Hours | 1,314.50 | Discrepancy Amount | $36,546.10 |
|---|---|---|---|---|---|
| | | | | Liquidated Damages | $7,231.55 |
| | | | | Total Amount Due | $43,777.65 |

# Discrepancy Summary By Error Type

| Account Number: | 23864 | Audit Period: | January 1, 2014 to March 31, 2015 |
| Employer: | Langhorst Construction Inc | Contact: | Amy Schueddig |
| Address: | 4844 Placid Hills Drive | Title: | President |
| | Arnold, MO 63010 | | |
| Phone: | (636) 290-0739 | Page: | 2 of 17 |

| Code | Description | Dollar Amount |
|---|---|---|
| | **SIGNATORY EMPLOYER: PAYROLL** | |
| P9 | Electronic Record Reported Exclusively to Other Trust Fund(s) Omission | $281.19 |
| P11 | No Record Identified as Carpenter Not Reported | $7,222.45 |
| P12 | No Record Reported Exclusively to Oher Trust Fund(s) Clerical Error | $11,061.29 |
| P13 | No Record Reported Exclusively to Oher Trust Fund(s) Omission | $1,343.50 |
| | **SIGNATORY EMPLOYER: CASH DISBURSEMENTS** | |
| CD41 | Non-signatory Subcontractor 100% Labor Factor | $16,637.67 |

| | | |
|---|---|---|
| | Sub-Total Discrepancies From All Listed Codes | $36,546.10 |
| | Liquidated Damages | $7,231.55 |
| | Total Amount Due | $43,777.65 |

# Liquidated Damages Schedule

| Account Number: | 23864 | Audit Period: | January 1, 2014 to March 31, 2015 |
|---|---|---|---|
| Employer: | Langhorst Construction Inc | Contact: | Amy Schueddig |
| Address: | 4844 Placid Hills Drive | Title: | President |
| | Arnold, MO 63010 | | |
| Phone: | (636) 290-0739 | Page: | 3 of 17 |

| Reporting Period | Contributions Due | Compounding Periods | Calculating Percentage | Total Liquidated Damages Owed |
|---|---|---|---|---|
| January 2014 | $2,169.75 | 23 | 20.00% | $433.95 |
| February 2014 | $1,397.24 | 22 | 20.00% | $279.45 |
| March 2014 | $3,204.11 | 21 | 20.00% | $640.82 |
| April 2014 | $1,397.24 | 20 | 20.00% | $279.45 |
| May 2014 | $806.10 | 19 | 20.00% | $161.22 |
| June 2014 | $7,261.99 | 18 | 20.00% | $1,452.40 |
| July 2014 | $10,530.94 | 17 | 20.00% | $2,106.19 |
| September 2014 | $1,145.89 | 15 | 20.00% | $229.18 |
| October 2014 | $2,362.08 | 14 | 20.00% | $472.42 |
| November 2014 | $2,804.97 | 13 | 20.00% | $560.99 |
| December 2014 | $323.38 | 12 | 19.56% | $63.25 |
| January 2015 | $2,903.39 | 11 | 17.79% | $516.51 |
| February 2015 | $84.36 | 10 | 16.05% | $13.54 |
| March 2015 | $154.66 | 9 | 14.34% | $22.18 |

|  |  |  |  |
|---|---|---|---|
| | | Total Damages this Schedule | $7,231.55 |
| Total Discrepancies | $36,546.10 | 20% of Discrepancies | $7,309.22 |
| | | Assessed Damages | $7,231.55 |

# Legacy Professionals LLP
## Monthly Detail Report

Account Number: 23864

Audit Period: January 1, 2014 to March 31, 2015

Employer: Langhorst Construction Inc
Address: 4844 Placid Hills Drive
Arnold, MO 63010
Phone: (636) 290-0739

Month: January 2014

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 1-Jan | Ck Date 8-Jan | Ck Date 15-Jan | Ck Date 22-Jan | Ck Date 29-Jan | | | | |
| | Kohlenberger Paul | P12 | 46.00 | 46.00 | 33.25 | 0.00 | 8.00 | 47.50 | 30.00 | 118.75 | | 72.75 | 72.75 |
| | Oungst Chris | P11 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 | | 8.00 | 8.00 |
| | | Total | | | 33.25 | 8.00 | 8.00 | 47.50 | 30.00 | 126.75 | | 80.75 | 80.75 |

Total Items Listed in this Period: 2.00

# Legacy Professionals LLP

# Monthly Detail Report

Account Number: 23864

Employer: Langhorst Construction Inc
Address: 4844 Placid Hills Drive
Arnold, MO 63010
Phone: (636) 290-0739

Audit Period: January 1, 2014 to March 31, 2015

Month: February 2014

Page # : 5 of 17

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 5-Feb | Ck Date 12-Feb | Ck Date 19-Feb | Ck Date 26-Feb | Total Hours | | | |
| | Kohlenberger Paul | P13 | 0.00 | 0.00 | 40.00 | 10.00 | 0.00 | 0.00 | 50.00 | | 50.00 | 50.00 |
| | Loness John | P12 | 132.00 | 132.00 | 39.50 | 40.00 | 36.50 | 17.00 | 133.00 | | 1.00 | 1.00 |
| | Pellerin Patrick | P12 | 133.00 | 133.00 | 39.50 | 17.00 | 37.50 | 40.00 | 134.00 | | 1.00 | 1.00 |
| | | Total | | | 119.00 | 67.00 | 74.00 | 57.00 | 317.00 | 0.00 | 52.00 | 52.00 |

Total Items Listed in this Period:  3.00

## Legacy Professionals LLP
# Monthly Detail Report

| | |
|---|---|
| Account Number: | 23864 |

| | |
|---|---|
| Employer: | Langhorst Construction Inc |
| Address: | 4844 Placid Hills Drive |
| | Arnold, MO 63010 |
| Phone: | (636) 290-0739 |

| | |
|---|---|
| Audit Period: | January 1, 2014 to March 31, 2015 |
| Month: | March 2014 |
| Page #: | 6 of 17 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 5-Mar | Ck Date 12-Mar | Ck Date 19-Mar | Ck Date 26-Mar | | | | |
| | Bagwell Michael | P12 | 128.00 | 128.00 | 40.00 | 40.00 | 30.00 | 28.50 | 138.50 | | 10.50 | 10.50 |
| | Loness John | P12 | 50.00 | 50.00 | 16.00 | 34.50 | 14.50 | 0.00 | 65.00 | | 15.00 | 15.00 |
| | Pellerin Patrick | P12 | 139.00 | 139.00 | 41.00 | 40.50 | 27.50 | 32.00 | 141.00 | | 2.00 | 2.00 |
| 2 | Spalding/American | CD41 | 0.00 | 0.00 | 91.75 | 0.00 | 0.00 | 0.00 | 91.75 | | 0.00 | 91.75 |
| | Total | | | | 188.75 | 115.00 | 72.00 | 60.50 | 436.25 | 0.00 | 27.50 | 119.25 |

Total Items Listed in this Period:     4.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 23864 |
| Employer: | Langhorst Construction Inc |
| Address: | 4844 Placid Hills Drive |
| | Arnold, MO 63010 |
| Phone: | (636) 290-0739 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 2-Apr | Ck Date 9-Apr | Ck Date 16-Apr | Ck Date 23-Apr | Ck Date 30-Apr | | | | |
| | Bagwell Michael | P12 | 145.00 | 145.00 | 31.50 | 11.50 | 34.50 | 40.50 | 29.00 | 147.00 | | 2.00 | 2.00 |
| | Langland Matthew | P11 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 24.00 | 10.00 | 50.00 | | 50.00 | 50.00 |
| | | Total | | | 31.50 | 11.50 | 50.50 | 64.50 | 39.00 | 197.00 | | 52.00 | 52.00 |

Total Items Listed in this Period:    2.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 23864 |

| | |
|---|---|
| Employer: | Langhorst Construction Inc |
| Address: | 4844 Placid Hills Drive |
| | Arnold, MO 63010 |
| Phone: | (636) 290-0739 |

| | |
|---|---|
| Audit Period: | January 1, 2014 to March 31, 2015 |
| Month: | May 2014 |
| Page # : | 8 of 17 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 7-May | Ck Date 14-May | Ck Date 21-May | Ck Date 28-May | Total Hours | | | |
| | Bagwell Michael | P12 | 150.00 | 150.00 | 40.00 | 40.00 | 39.00 | 40.00 | 159.00 | | 9.00 | 9.00 |
| | Langland Matthew | P11 | 0.00 | 0.00 | 13.00 | 0.00 | 0.00 | 0.00 | 13.00 | | 13.00 | 13.00 |
| | Pellerin Patrick | P12 | 152.00 | 152.00 | 40.00 | 40.00 | 40.00 | 40.00 | 160.00 | | 8.00 | 8.00 |
| | **Total** | | | | 93.00 | 80.00 | 79.00 | 80.00 | 332.00 | | 30.00 | 30.00 |

| | | |
|---|---|---|
| Total Items Listed in this Period: | | 3.00 |

# Legacy Professionals LLP
## Monthly Detail Report

Account Number: 23864

Employer: Langhorst Construction Inc
Address: 4844 Placid Hills Drive
Arnold, MO 63010
Phone: (636) 290-0739

Audit Period: January 1, 2014 to March 31, 2015

Month: June 2014

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 4-Jun | Ck Date 11-Jun | Ck Date 18-Jun | Ck Date 25-Jun | | | | |
| 9791 | Carroll Seating Com | CD41 | 0.00 | 0.00 | 189.25 | 0.00 | 0.00 | 0.00 | 189.25 | | 0.00 | 189.25 |
| | Coffer Andrew C | P11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 40.00 | | 40.00 | 40.00 |
| | Pellerin Patrick | P12 | 111.00 | 111.00 | 32.00 | 31.00 | 37.00 | 40.00 | 140.00 | | 29.00 | 29.00 |
| | Total | | 221.25 | 31.00 | 37.00 | 80.00 | | | 369.25 | 0.00 | 69.00 | 258.25 |

Total Items Listed in this Period: 3.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 23864 |

| | |
|---|---|
| Employer: | Langhorst Construction Inc |
| Address: | 4844 Placid Hills Drive |
| | Arnold, MO 63010 |
| Phone: | (636) 290-0739 |

| | |
|---|---|
| Audit Period: | January 1, 2014 to March 31, 2015 |
| Month: | July 2014 |
| Page #: | 10 of 17 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 2-Jul | Ck Date 9-Jul | Ck Date 16-Jul | Ck Date 23-Jul | Ck Date 30-Jul | | | | |
| | Coffer Andrew C | P11 | 0.00 | 0.00 | 40.00 | 40.00 | 29.00 | 0.00 | 0.00 | 109.00 | | 109.00 | 109.00 |
| | Holton Alan | P12 | 84.00 | 84.00 | 40.00 | 32.00 | 40.00 | 41.00 | 0.00 | 153.00 | | 69.00 | 69.00 |
| 1 | Irwin Telescopic Seat | CD41 | 0.00 | 0.00 | 17.25 | 0.00 | 0.00 | 0.00 | 0.00 | 17.25 | | 0.00 | 17.25 |
| 2 | Spalding/American | CD41 | 0.00 | 0.00 | 179.25 | 0.00 | 0.00 | 0.00 | 0.00 | 179.25 | | 0.00 | 179.25 |
| | | Total | 276.50 | | 72.00 | 69.00 | 41.00 | 0.00 | 458.50 | | 178.00 | 374.50 |

Total Items Listed in this Period:    4.00

Legacy Professionals LLP

# Monthly Detail Report

Account Number: 23864

Audit Period: January 1, 2014 to March 31, 2015

Employer: Langhorst Construction Inc
Address: 4844 Placid Hills Drive
Arnold, MO 63010
Phone: (636) 290-0739

Month: September 2014

Page #: 11 of 17

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | Actual Hours Per Week * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 3-Sep | Ck Date 10-Sep | Ck Date 17-Sep | Ck Date 24-Sep | | | | |
| 9791 | Bagwell Michael | P12 | 86.00 | 86.00 | 32.50 | 6.50 | 24.00 | 32.50 | 95.50 | | 9.50 | 9.50 |
| 1 | Carroll Seating Com | CD41 | 0.00 | 0.00 | 7.75 | 0.00 | 0.00 | 0.00 | 7.75 | | 0.00 | 7.75 |
| | Irwin Telescopic Seat | CD41 | 0.00 | 0.00 | 13.50 | 0.00 | 0.00 | 0.00 | 13.50 | | 0.00 | 13.50 |
| | Teffeller Devin | P9 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | | 10.00 | 10.00 |
| | | Total | | | 63.75 | 6.50 | 24.00 | 32.50 | 126.75 | 0.00 | 19.50 | 40.75 |

Total Items Listed in this Period: 4.00

# Legacy Professionals LLP
## Monthly Detail Report

Account Number: 23864

Audit Period: January 1, 2014 to March 31, 2015

Employer: Langhorst Construction Inc
Address: 4844 Placid Hills Drive
Arnold, MO 63010
Phone: (636) 290-0739

Month: October 2014

Page #: 12 of 17

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 1-Oct | Ck Date 8-Oct | Ck Date 15-Oct | Ck Date 22-Oct | Ck Date 29-Oct | | | | |
| | Bagwell Michael | P12 | 201.00 | 201.00 | 24.00 | 63.00 | 56.50 | 40.00 | 38.00 | 221.50 | | 20.50 | 20.50 |
| | Becker David | P11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 | 40.00 | | 40.00 | 40.00 |
| 9791 | Carroll Seating Com | CD41 | 0.00 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | | 0.00 | 1.50 |
| | Pellerin Patrick | P12 | 216.00 | 216.00 | 39.00 | 63.00 | 56.50 | 40.00 | 39.50 | 238.00 | | 22.00 | 22.00 |
| | Total | | | | 64.50 | 126.00 | 113.00 | 120.00 | 77.50 | 501.00 | | 82.50 | 84.00 |

Total Items Listed in this Period: 4.00

Legacy Professionals LLP

# Monthly Detail Report

Account Number: 23864

Employer: Langhorst Construction Inc
Address: 4844 Placid Hills Drive
Arnold, MO 63010
Phone: (636) 290-0739

Audit Period: January 1, 2014 to March 31, 2015

Month: November 2014

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 5-Nov | Ck Date 12-Nov | Ck Date 19-Nov | Ck Date 26-Nov | | | | | |
| 9791 | Bagwell Michael | P12 | 113.00 | 113.00 | 38.00 | 21.00 | 37.00 | 27.00 | | 123.00 | | 10.00 | 10.00 |
| | Carroll Seating Com | CD41 | 0.00 | 0.00 | 79.25 | 0.00 | 0.00 | 0.00 | | 79.25 | | 0.00 | 79.25 |
| | Pellerin Patrick | P12 | 132.00 | 132.00 | 39.50 | 23.00 | 40.00 | 40.00 | | 142.50 | | 10.50 | 10.50 |
| | Total | | | | 156.75 | 44.00 | 77.00 | 67.00 | | 344.75 | 0.00 | 20.50 | 99.75 |

Total Items Listed in this Period:    3.00

Legacy Professionals LLP

# Monthly Detail Report

| Account Number: | 23864 | | Audit Period: | January 1, 2014 to March 31, 2015 |
|---|---|---|---|---|
| Employer: | Langhorst Construction Inc | | Month: | December 2014 |
| Address: | 4844 Placid Hills Drive | | | |
| | Arnold, MO 63010 | | Page # : | 14 of 17 |
| Phone: | (636) 290-0739 | | | |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 3-Dec | Ck Date 10-Dec | Ck Date 17-Dec | Ck Date 24-Dec | Ck Date 31-Dec | Total Hours | | | |
| | Bagwell Michael | P12 | 90.00 | 90.00 | 15.50 | 22.50 | 23.00 | 28.50 | 12.00 | 101.50 | | 11.50 | 11.50 |
| | | | | Total | 15.50 | 22.50 | 23.00 | 28.50 | 12.00 | 101.50 | | 11.50 | 11.50 |

Total Items Listed in this Period:        1.00

# Legacy Professionals LLP
# Monthly Detail Report

Account Number: 23864

Employer: Langhorst Construction Inc
Address: 4844 Placid Hills Drive
Arnold, MO 63010
Phone: (636) 290-0739

Audit Period: January 1, 2014 to March 31, 2015

Month: January 2015

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 7-Jan | Ck Date 14-Jan | Ck Date 21-Jan | Ck Date 28-Jan | | | | |
| | Bagwell Michael | P12 | 61.00 | 61.00 | 37.00 | 16.00 | 29.50 | 22.00 | 104.50 | | 43.50 | 43.50 |
| | Irwin Telescopic Seat | CD41 | 0.00 | 0.00 | 11.75 | 0.00 | 0.00 | 0.00 | 11.75 | | 0.00 | 11.75 |
| 1 | Pellerin Patrick | P12 | 48.00 | 48.00 | 36.50 | 16.00 | 16.00 | 26.00 | 94.50 | | 46.50 | 46.50 |
| 2 | Spalding/American | CD41 | 0.00 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 1.50 | | 0.00 | 1.50 |
| | Total | | 86.75 | 32.00 | 45.50 | 48.00 | | | 212.25 | 0.00 | 90.00 | 103.25 |

Total Items Listed in this Period: 4.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 23864 |

| | |
|---|---|
| Employer: | Langhorst Construction Inc |
| Address: | 4844 Placid Hills Drive |
| | Arnold, MO 63010 |
| Phone: | (636) 290-0739 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * Actual Hours Per Week * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 4-Feb | Ck Date 11-Feb | Ck Date 18-Feb | Ck Date 25-Feb | | | | | |
| 1 | Irwin Telescopic Seat | CD41 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | | 3.00 | | 0.00 | 3.00 |
| | | Total | | | 3.00 | 0.00 | 0.00 | 0.00 | | 3.00 | | 0.00 | 3.00 |

Total Items Listed in this Period: 1.00

Legacy Professionals LLP

# Monthly Detail Report

| | |
|---|---|
| Account Number: | 23864 |
| Employer: | Langhorst Construction Inc |
| Address: | 4844 Placid Hills Drive |
| | Arnold, MO 63010 |
| Phone: | (636) 290-0739 |

| | |
|---|---|
| Audit Period: | January 1, 2014 to March 31, 2015 |
| Month: | March 2015 |
| Page # : | 17 of 17 |

| Reference Number | Employee / Payee Name | Error Code | Total Hours Reported | Benefit Hours Reported | * * * * * * Actual Hours Per Week * * * * * * | | | | | Total Hours | Capped Hours | Total Hour Difference | Benefit Hour Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Ck Date 4-Mar | Ck Date 11-Mar | Ck Date 18-Mar | Ck Date 25-Mar | | | | | |
| Pellerin Patrick | | P12 | 13.00 | 13.00 | 6.50 | 7.00 | 5.00 | 0.00 | 18.50 | | 5.50 | 5.50 |
| | Total | | | | 6.50 | 7.00 | 5.00 | 0.00 | 18.50 | | 5.50 | 5.50 |

Total Items Listed in this Period:      1.00

Legacy Professionals LLP
Sub Sheet

| Account Number: | 23864 | | | | | | | Audit Period: | January 1, 2014 to March 31, 2015 | | | |

| Employer: | Langhorst Construction Inc |
| Address: | 4844 Placid Hills Drive |
| | Arnold, MO 63010 |
| Phone: | (636) 290-0739 |

| Payee | Ck# | Job # | Date | Amount | ID # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Ann Hrs | Cap |
|-------|-----|-------|------|--------|------|---------|-------------|--------|------|---------|------|---------|---------|-----|
| Carroll Seating Com | 12891 | | 6/4/2014 | $8,202.79 | 9791 | No | Materials | PU | $43.35 | 100% | CD41 | 189.25 | | |
| Carroll Seating Com | 13552 | | 9/8/2014 | $ 335.00 | 9791 | No | Materials | PU | $43.35 | 100% | CD41 | 7.75 | | |
| Carroll Seating Com | 13522 | | 10/10/2014 | $ 64.96 | 9791 | No | Materials | PU | $43.35 | 100% | CD41 | 1.50 | | |
| Carroll Seating Com | 13549 | | 11/25/2014 | $3,438.75 | 9791 | No | Materials | PU | $43.35 | 100% | CD41 | 79.25 | | |

Legacy Professionals LLP
Sub Sheet

| Account Number: | 23864 | | Audit Period: | January 1, 2014 to March 31, 2015 |
|---|---|---|---|---|

Employer: Langhorst Construction Inc
Address: 4844 Placid Hills Drive
         Arnold, MO 63010
Phone: (636) 290-0739

| Payee | Ck# | Job # | Date | Amount | ID # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Ann Hrs | Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Irwin Telescopic Seat | 12875 | | 7/22/2014 | $ 747.82 | 1 | No | Materials | PU | $ 43.35 | 100% | CD41 | 17.25 | | |
| Irwin Telescopic Seat | 13507 | | 9/8/2014 | $ 589.60 | 1 | No | Materials | PU | $ 43.35 | 100% | CD41 | 13.50 | | |
| Irwin Telescopic Seat | 12916 | | 1/27/2015 | $ 513.30 | 1 | No | Materials | PU | $ 43.35 | 100% | CD41 | 11.75 | | |
| Irwin Telescopic Seat | 12947 | | 2/22/2015 | $ 125.35 | 1 | No | Materials | PU | $ 43.35 | 100% | CD41 | 3.00 | | |

Legacy Professionals LLP
Sub Sheet

| Account Number: | 23864 | | | | | | Audit Period: | January 1, 2014 to March 31, 2015 |
|---|---|---|---|---|---|---|---|---|

Employer: Langhorst Construction Inc
Address: 4844 Placid Hills Drive
Arnold, MO 63010
Phone: (636) 290-0739

| Payee | Ck# | Job # | Date | Amount | ID # | Invoice | Description | Action | Rate | Labor % | Code | Ben Hrs | Ann Hrs | Cap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spalding/American | No ck# | | 3/29/2014 | $ 3,905.26 | 2 | No | Materials | PU | $ 42.52 | 100% | CD41 | 91.75 | | |
| Spalding/American | 12904 | | 7/12/2014 | $ 4,931.00 | 2 | No | Materials | PU | $ 43.35 | 100% | CD41 | 113.75 | | |
| Spalding/American | 12874 | | 7/22/2014 | $ 2,840.00 | 2 | No | Materials | PU | $ 43.35 | 100% | CD41 | 65.50 | | |
| Spalding/American | 12917 | | 1/27/2015 | $ 66.00 | 2 | No | Materials | PU | $ 43.35 | 100% | CD41 | 1.50 | | |

# 15 CV 04946

# Exhibit  A-4

# CHICAGO DISTRICT COUNCIL OF CARPENTERS
## FRINGE BENEFITS FUNDS

## RECONCILIATION OF HOURS WORKED TO HOURS REPORTED

EMPLOYER:    Langhorst Construction Inc    A/C#:    23864
MEMBER NAME:    Greg W Schueddig    S.S.#: XXX-XX-9338
MEMBER TITLE:    Officer/Stockholder

| PERIOD | HOURS REPORTED | HOURS REQUIRED | HOURS SHORT | HOURLY RATE | AMOUNT DUE |
|---|---|---|---|---|---|
| February, 2014 | 108.00 | 160.00 | 52.00 | 26.87 | $ 1,397.24 |
| March, 2014 | 108.00 | 160.00 | 52.00 | 26.87 | 1,397.24 |
| April, 2014 | 135.00 | 160.00 | 25.00 | 26.87 | 671.75 |
| May, 2014 | 108.00 | 160.00 | 52.00 | 26.87 | 1,397.24 |
| June, 2014 | 108.00 | 160.00 | 52.00 | 28.12 | 1,462.24 |
| July, 2014 | 135.00 | 160.00 | 25.00 | 28.12 | 703.00 |
| August, 2014 | 108.00 | 160.00 | 52.00 | 28.12 | 1,462.24 |
| September, 2014 | 108.00 | 160.00 | 52.00 | 28.12 | 1,462.24 |
| October, 2014 | 135.00 | 160.00 | 25.00 | 28.12 | 703.00 |
| November, 2014 | 108.00 | 160.00 | 52.00 | 28.12 | 1,462.24 |
| December, 2014 | 135.00 | 160.00 | 25.00 | 28.12 | 703.00 |
| January, 2015 | 81.00 | 160.00 | 79.00 | 28.12 | 2,221.48 |
| February, 2015 | 81.00 | 160.00 | 79.00 | 28.12 | 2,221.48 |
| March, 2015 | 81.00 | 160.00 | 79.00 | 28.12 | 2,221.48 |

Report Sub-Total    701.00    $ 19,485.87

Liquidated Damages (1.50%)    3,750.57

Grand Total Due    $ 23,236.44

15 CV 04946

# Exhibit  A-5

# Interest & Damages Summary

Account Number: 23864          Calculation Date: February 9, 2016

Employer:   Langhorst Construction Inc
Address:    4844 Placid Hills Drive
            Arnold, MO  63010

| Reporting Period | Delinquency Amount | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|
| January 2014 | $2,169.75 | $129.90 | $433.95 | $2,733.60 |
| February 2014 | $1,397.24 | $80.21 | $279.45 | $1,756.90 |
| March 2014 | $3,204.11 | $175.32 | $640.82 | $4,020.25 |
| April 2014 | $1,397.24 | $72.85 | $279.45 | $1,749.54 |
| May 2014 | $806.10 | $39.86 | $161.22 | $1,007.18 |
| June 2014 | $7,261.99 | $340.56 | $1,452.40 | $9,054.95 |
| July 2014 | $10,530.94 | $466.38 | $2,106.19 | $13,103.51 |
| September 2014 | $1,145.89 | $44.79 | $229.18 | $1,419.86 |
| October 2014 | $2,362.08 | $86.05 | $472.42 | $2,920.55 |
| November 2014 | $2,804.97 | $95.11 | $560.99 | $3,461.07 |
| December 2014 | $323.38 | $10.14 | $64.68 | $398.20 |
| January 2015 | $2,903.39 | $82.97 | $567.90 | $3,554.26 |
| February 2015 | $84.36 | $2.19 | $15.01 | $101.56 |
| March 2015 | $154.66 | $3.64 | $24.82 | $183.12 |
| Totals | $36,546.10 | $1,629.97 | $7,288.48 | $45,464.55 |

15 CV 04946

# Exhibit A-6

# 160 Hour Violation Interest & Damages Summary

Account Number: 23864                          Calculation Date: February 9, 2016

Employer:      Langhorst Construction Inc
Address:       4844 Placid Hills Drive
               Arnold, MO  63010

| Reporting Period | Delinquency Amount | Interest | Liquidated Damages | Total Due |
|---|---|---|---|---|
| February 2014 | $1,397.24 | $80.21 | $279.45 | $1,756.90 |
| March 2014 | $1,397.24 | $76.45 | $279.45 | $1,753.14 |
| April 2014 | $671.75 | $35.03 | $134.35 | $841.13 |
| May 2014 | $1,397.24 | $69.10 | $279.45 | $1,745.79 |
| June 2014 | $1,462.24 | $68.58 | $292.45 | $1,823.27 |
| July 2014 | $703.00 | $31.13 | $140.60 | $874.73 |
| August 2014 | $1,462.24 | $60.87 | $292.45 | $1,815.56 |
| September 2014 | $1,462.24 | $57.15 | $292.45 | $1,811.84 |
| October 2014 | $703.00 | $25.62 | $140.60 | $869.22 |
| November 2014 | $1,462.24 | $49.58 | $292.45 | $1,804.27 |
| December 2014 | $703.00 | $22.02 | $140.60 | $865.62 |
| January 2015 | $2,221.48 | $63.50 | $434.52 | $2,719.50 |
| February 2015 | $2,221.48 | $58.18 | $395.20 | $2,674.86 |
| March 2015 | $2,221.48 | $52.38 | $356.55 | $2,630.41 |
| Totals | $19,485.87 | $749.80 | $3,750.57 | $23,986.24 |

# 15 CV 04946

# Exhibit  B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF ) 
CARPENTERS PENSION FUND *et al.*, )
                                )
        Plaintiffs, )
                                ) 15 CV 04946
        v. )
                                )
LANGHORST CONSTRUCTION, INC., a ) Judge Manish S. Shah
Missouri corporation, )
                                )
        Defendant. )

## <u>DECLARATION OF KEVIN P. MCJESSY</u>

I, Kevin P. McJessy, hereby declare, under penalty of perjury pursuant to the laws of the United States, that the following statements are true:

1.      I am one of the attorneys representing the Chicago Regional Council of Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program, and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the Trust Funds") in the above-captioned lawsuit ("Lawsuit") against Langhorst Construction, Inc., an Missouri corporation ("Defendant").

2.      I have been licensed to practice law in the State of Illinois and the United States District Court for the Northern District of Illinois since 1995. I am an attorney with McJessy, Ching & Thompson, LLC ("MC&T").

3.      As part of my practice, I handle claims under ERISA. I personally represented the Trust Funds in this Lawsuit. I have represented the Trust Funds in this Lawsuit since its inception. As such I am familiar with the matters set forth in this declaration.

4.      John Sopata is an attorney with MC&T.  He has been licensed to practice law in Illinois since 1999.

5.      Sheila Keating is a paralegal with MC&T.  She has been a paralegal since 1987.

6.      The Trust Funds have incurred $4,930.14 in fees and expenses to compel Defendant to comply with its obligations under the terms of the Collective Bargaining Agreement and applicable trust agreements.

7.      The Trust Funds have collectively incurred fees totaling $4,272.00 for 22.80 hours of attorney services and $132.00 for 2.2 hours of paralegal services.  A redacted copy of the client ledger is attached as Exhibit 1.

| Name | Services | Period | Hours | Rate | Total |
|------|----------|--------|-------|------|-------|
| Kevin McJessy | Attorney | July 31, 2014 to Dec. 31, 2015 | 10.90 | $160/hr. | $1,744.00 |
| John Sopata | Attorney | July 31, 2014 to Dec. 31, 2015 | 1.50 | $160/hr. | $240.00 |
| Sheila Keating | Paralegal | July 31, 2014 to Dec. 31, 2015 | 2.20 | $60/hr. | $132.00 |
| | | | | | |
| Kevin McJessy | Attorney | Jan. 1, 2016 to Present | 10.40 | $220/hr. | $2,288.00 |
| John Sopata | Attorney | Jan. 1, 2016 to Present | 0.0 | $220/hr. | $0.00 |
| Sheila Keating | Paralegal | Jan. 1, 2016 to Present | 0.00 | $100/hr. | $0.00 |
| Total | | | | | $4,404.00 |

The hourly rate for attorneys and paralegals charged to the Trust Funds as set forth above is consistent with the rates approved in the Northern District of Illinois for ERISA collection work. *See, e.g., Rappa v. Sun Life Assur. Co.*, 2014 U.S. Dist. LEXIS 124896, *11 (W.D. Wis. Sept. 8, 2014) ("Sun Life does not object to plaintiff's counsel's rate of $300 per hour, and the court finds that rate reasonable given the nature of ERISA cases."); *Board of Trustees of the Rockford Pipe Trades Indus. Pension Fund v. Fiorenza Enters.*, 2011 U.S. Dist. LEXIS 28209, 21-22 (N.D. Ill. Mar. 18, 2011) ("the court finds that the hourly rates [of $195, $210 and $235 per hour] . . . are reasonable" for fringe benefit trust funds lawsuit against employer to collect unpaid

contributions); *Divane v. Mitchell Sec. Sys.*, 2008 U.S. Dist. LEXIS 27825 (N.D. Ill. Apr. 7, 2008) ("The court finds that the billing rates [of $220.00 to 240.00 for attorneys] are reasonable.").

8.     The Trust Funds incurred $526.14 in expenses for the filing fee, process server charges for service of summons, courier charges, research charge, photocopy charges and postage charges.  A detailed list of expenses incurred by the Trust Funds in this matter is attached hereto as Exhibit 2.

9.     The attorneys' fees, paralegal fees and costs charged to the Trust Funds in this matter are consistent with MC&T's regular charges for services to the Trust Funds on similar matters.

10.     I have personal knowledge of the matters stated in this affidavit and could testify competently to them.


FURTHER AFFIANT SAYETH NOT.

_____          3/1/16
Kevin P. McJessy                                    Date

15 CV 04946

# Exhibit B-1

| Date | Received From/Paid | Explanation | Lwyr | Hours | Amount | Disbs |
|------|--------------------|-------------|------|-------|--------|-------|

**1000 Chicago Regional Council of Carpenters -**
**0236-LANG Langhorst Construction, Inc.**      **Resp Lawyer: KM**

| Date | Received From/Paid | Explanation | Lwyr | Hours | Amount | Disbs |
|------|--------------------|-------------|------|-------|--------|-------|
| 3/25/2015 | Lawyer: KM 0.50 Hrs X 160.00 | Reviewed correspondence from J. Hatcher regarding lack of cooperation from Langhorst Construction, refusal to produce records. Research company information for service of audit demand letter and status of company. Prepared audit demand letter to Langhorst Construction. | KM | 0.50 | 80.00 | |
| 4/8/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed and responded to correspondence from J. Hatcher regarding Langhorst Construction, Inc.'s failure to respond to audit demand. | KM | 0.10 | 16.00 | |
| 4/9/2015 | Lawyer: KM 0.20 Hrs X 160.00 | Reviewed correspondence from J. Hatcher inquiring whether we received any response from Langhorst in response to the audit demand letter. Reviewed file materials for any response by Langhorst. Prepared correspondence to J. Hatcher advising that we have received no contact from Langhorst. | KM | 0.20 | 32.00 | |
| 5/1/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed returned certified letter to Langhorst Construction. | KM | 0.10 | 16.00 | |
| 5/8/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed audit report from Legacy Professionals, no audit, no cooperation. | KM | 0.10 | 16.00 | |
| 6/4/2015 | Lawyer: SK 0.60 Hrs X 60.00 | Prepared civil cover sheet, attorney appearance and summons; filed complaint, civil cover sheet and appearance with court; reviewed ECF notice regarding judges' assignments and completed summons as appropriate; prepared email correspondence to court clerk forwarding summons for issuance. | SK | 0.60 | 36.00 | |
| 6/4/2015 | Lawyer: KM 2.10 Hrs X 160.00 | Telephone call with N. Lagalo regarding REDACTED REDACTED REDACTED (.1) Telephone call with J. Hatcher regarding whether employer contracted Legacy Professionals about the audit and confirmed no. (.1) Reviewed audit referral file. Reviewed online information about defendant to confirm status of information same as prior. Prepared draft complaint. Reviewed attendant documents to complaint prior to filing. (1.9) | KM | 2.10 | 336.00 | |
| 6/5/2015 | Lawyer: SK 0.40 Hrs X 60.00 | Confer with and prepared email correspondence to Missouri process server forwarding summons and complaint for service; prepared email correspondence to J. Libby and N. Lagalo forwarding REDACTED REDACTED | SK | 0.40 | 24.00 | |
| 6/5/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed ECF court order assigning Judge Shah and Magistrate Rowland. | KM | 0.10 | 16.00 | |
| 6/8/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed ECF court order of Judge Shah setting status hearing for 8/18/15 and initial case requirements. | KM | 0.10 | 16.00 | |
| 6/19/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from N. Lagalo advising that Amy Schuedding from Langhorst called the auditor and has agreed to produce records. | KM | 0.10 | 16.00 | |
| 6/22/2015 | Lawyer: SK 0.20 Hrs X 60.00 | Reviewed affidavit of service received from Missouri process server but name of individual served is missing; conference with Missouri process server regarding same -- affidavit will be corrected and sent back to us. | SK | 0.20 | 12.00 | |
| 6/25/2015 | Lawyer: SK 0.20 Hrs X 60.00 | Reviewed process server's affidavit of service and filed same with court. | SK | 0.20 | 12.00 | |

McJessy, Ching & Thompson, LLC
Client Ledger
ALL DATES

| Date | Received From/Paid | Explanation | Lwyr | Hours | Amount | Disbs |
|------|--------------------|-------------|------|-------|--------|-------|
| 7/6/2015 | Lawyer: KM 0.30 Hrs X 160.00 | Telephone call from Amy from Langhorst Construction 636-296-0739 advising that all documents have been produced to the auditor to complete the audit. (.1) Reviewed file materials for update on status; prepared correspondence to J. Hatcher seeking to follow up on claims by Amy and status of report. (.2) | KM | 0.30 | 48.00 | |
| 7/7/2015 | Lawyer: KM 0.20 Hrs X 160.00 | Telephone call to J. Hatcher to inquire on status of audit. (.1) Reviewed correspondence from J. Hatcher advising that all requested documents have been received for completing the audit, other documents might be necessary based on the review of the current materials. (.1) | KM | 0.20 | 32.00 | |
| 8/5/2015 | Lawyer: KM 0.70 Hrs X 160.00 | Reviewed file for status of audit. (.2) Prepared correspondence to J. Hatcher inquiring on status of audit and record production in light of status hearing on 8/18/15. (.1) Prepared status report to court for initial status hearing. (.4) | KM | 0.70 | 112.00 | |
| 8/6/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed and responded to correspondence from J. Hatcher forwarding new document request for Langhorst and whether Legacy Professionals should send it to Langhorst directly, advised J. Hatcher that the should send the demand directly to Langhorst. | KM | 0.10 | 16.00 | |
| 8/17/2015 | Lawyer: KM 0.20 Hrs X 160.00 | Telephone call with J. Sopata regarding REDACTED REDACTED | KM | 0.20 | 32.00 | |
| 8/18/2015 | Lawyer: JS 1.50 Hrs X 160.00 | Attended status call at which court was informed of audit cooperation and matter was set for further status. | JS | 1.50 | 240.00 | |
| 8/18/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed ECF court order of Judge Shah continuing status hearing to 10/21/15 to allow audit to be completed. | KM | 0.10 | 16.00 | |
| 9/30/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed and responded to correspondence from J. Hatcher regarding status of response from Langhorst Construction. | KM | 0.10 | 16.00 | |
| 10/8/2015 | Lawyer: SK 0.60 Hrs X 60.00 | Prepared notice of motion for CRCC motion for entry of order of default (.2); filed CRCC motion for entry of order of default with court (.2); filed notice of motion with court (.2). | SK | 0.60 | 36.00 | |
| 10/8/2015 | Lawyer: KM 1.70 Hrs X 160.00 | Prepared motion for entry of default judgment and draft order of default; reviewed file materials and pleadings as necessary to prepare motion for default. | KM | 1.70 | 272.00 | |
| 10/15/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed message from Amy at Langhorst Construction regarding motion filed and received by her; telephone call to Amy and left message concerning same. | KM | 0.10 | 16.00 | |
| 10/16/2015 | Lawyer: KM 1.60 Hrs X 160.00 | Telephone call with Amy from Langhorst Construction regarding her receipt of the motion for entry of default judgment and her dispute that records were not produced as requested. (.2) Telephone call with J. Hatcher confirming he did send record requests which were not returned, complete documents not produced, indication company is not reporting for work performed in Chicago area and related to matters. (.2) Telephone call with Amy regarding information from J. Hatcher and her acknowledgement that some information has not been produced and indication company is working in Chicago area. (.2) Prepared correspondence to J. Hatcher and to client reporting on status of same and | KM | 1.60 | 256.00 | |

| Date | Received From/Paid | Explanation | Lwyr | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| | | relaying acknowledgments by Amy. (.8) Telephone call with J. Hatcher wherein he acknowledges that he has received follow up call from Amy and she is producing records by facsimile currently. (.2) | | | | |
| 10/16/2015 | Lawyer: SK 0.20 Hrs X 60.00 | Reviewed Langhorst audit referral file, audit report and corporate information for connections between Langhorst Construction and EH Langhorst; prepared email correspondence to J. Hatcher forwarding page from Employer Questionnaire regarding same. | SK | 0.20 | 12.00 | |
| 10/20/2015 | Lawyer: KM 1.70 Hrs X 160.00 | Appeared in court before Judge Shah for hearing on motion for entry of default order. (1.3) Prepared revised draft order per the Court's instructions limiting order to only production of records so as to reserve ruling on other damages issues; prepared correspondence to Court's email submission. (.2) Prepared correspondence to J. Hatcher, Legacy Professionals, status update, the Court's order of today and need for updated record request to send to Langhorst Construction along with the Court's order. (.2) | KM | 1.70 | 272.00 | |
| 10/21/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Reviewed correspondence from J. Hatcher advising that Legacy Professionals has received documents from Langhorst Construction and is in the process of reviewing those records. | KM | 0.10 | 16.00 | |
| 11/9/2015 | Lawyer: KM 0.50 Hrs X 160.00 | Prepared draft letter to Langhorst Construction forwarding court order, outlining compliance requirements and contact information for Legacy and consequences of noncompliance; reviewed file material for information to include in letter. | KM | 0.50 | 80.00 | |
| 11/10/2015 | Lawyer: KM 0.10 Hrs X 160.00 | Telephone call with Amy from Langhorst Construction regarding production of records for audit not all records produced as she claims. | KM | 0.10 | 16.00 | |
| 2/5/2016 | Lawyer: KM 0.20 Hrs X 220.00 | Reviewed correspondence from Legacy Professionals forwarding audit report of Langhorst Construction; very brief review of documents produced by Legacy Professionals. | KM | 0.20 | 44.00 | |
| 2/8/2016 | Lawyer: KM 0.10 Hrs X 220.00 | Reviewed and responded to correspondence from S. McClintic regarding motion for prove up and when it will be filed. | KM | 0.10 | 22.00 | |
| 2/9/2016 | Lawyer: KM 1.30 Hrs X 220.00 | Telephone call with N. Lagalo regarding REDACTED REDACTED REDACTED REDACTED . (.3) Reviewed audit report for issues related to 160-Hour violation and calculation of damages. (.3) Reviewed correspondence from. N. Lagalo forwarding 16 REDACTED REDACTED (.3) Reviewed records related to the hours reported by Langhorst for supervisor employees. (.2) Reviewed correspondence from N. Lagalo REDACTED ; reviewed same. (.2) | KM | 1.30 | 286.00 | |
| 2/22/2016 | Lawyer: KM 4.80 Hrs X 220.00 | Prepared motion for entry of final judgment; reviewed file documents including court orders and audit reports and Rule 160-Hour violation report as necessary to prepare motion for entry of final judgment. (2.1) | KM | 4.80 | 056.00 | |

| Date | Received From/Paid | Explanation | Lwyr | Hours | Amount | Disbs |
|---|---|---|---|---|---|---|
| | | Prepared declaration of J. Libby and reviewed file materials to gather exhibits for the declaration. (1.3) Telephone call to N. Lagalo regarding REDACTED REDACTED (.2) Prepared declaration of K. McJessy regarding support for attorneys' fees and costs. (1.2) | | | | |
| 2/24/2016 | Lawyer: KM 0.90 Hrs X 220.00 | Telephone call with N. Lagalo regarding REDACTED REDACTED. (.2) Telephone call with N. Lagalo regarding REDACTED REDACTED REDACTED REDACTED. (.2) Telephone call from N. Lagalo REDACTED. (.1) Reviewed correspondence from N. Lagalo REDACTED REDACTED; reviewed same; revised declaration of J. Libby to include additional exhibit. (.2) Prepared correspondence to J. Libby REDACTED REDACTED. (.2) | KM | 0.90 | 198.00 | |
| 2/29/2016 | Lawyer: KM 0.90 Hrs X 220.00 | Reviewed and responded to correspondence from J. Libby regarding REDACTED. (.2) Telephone call with J. Libby concerning REDACTED. (.2) Edited and revised declaration of J. Libby per telephone call. (.4) Prepared correspondence to J. Libby REDACTED. (.1) Reviewed correspondence from J. Libby REDACTED. (.1) | KM | 0.90 | 198.00 | |
| 3/1/2016 | Lawyer: KM 2.20 Hrs X 220.00 | Final review and edits to K. McJessy declaration for attorneys' fees and costs; reviewed and revised redacted billing records related to same. (.6) Final review and edits to motion for entry of final judgment based on revisions that J. Libby made to his declaration and completed K. McJessy declaration. (1.6) | KM | 2.20 | 484.00 | |

| | UNBILLED | | | BILLED | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 14.80 | 2288.00 | 2302.80 | 511.34 | 2116.00 | 0.00 2627.34 | 0.00 | 0.00 |
| END DA | 0.00 14.80 | 2288.00 | 2302.80 | 511.34 | 2116.00 | 0.00 2627.34 | 0.00 | 0.00 |

| | UNBILLED | | | BILLED | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|
| FIRM TO | CHE + RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 14.80 | 2288.00 | 2302.80 | 511.34 | 2116.00 | 0.00 2627.34 | 0.00 | 0.00 |
| END DA | 0.00 14.80 | 2288.00 | 2302.80 | 511.34 | 2116.00 | 0.00 2627.34 | 0.00 | 0.00 |

REPORT SELECTIONS - Client Ledger
Layout Template                 Attorneys Fee Petition
Advanced Search Filter        None
Requested by                 ADMIN
Finished                     Tuesday, March 01, 2016 at 05:32:21 PM
Ver                          13.0 SP2 (13.0.20140210)
Matters                     0236-LANG
Clients                       All
Major Clients              All

15 CV 04946

# Exhibit  B-2

# McJessy, Ching & Thompson, LLC
## Client Ledger
### ALL DATES

| Date | Received From/Paid To | Explanation | | | | Lwyr | Hours | Amount | Disbs |
|------|----------------------|-------------|---|---|---|------|-------|--------|-------|
| **1000 Chicago Regional Council of Carpenters - 0236-LANG Langhorst Construction, Inc.** | | | | | | **Resp Lawyer: KM** | | | |
| 3/26/2015 | Expense Recovery | Postage Recovery | | | | | 0.00 | | 6.96 |
| 4/20/2015 | Billing on Invoice 9141 | FEES | 80.00 | DISBS | 6.96 | | | | 0.00 |
| 5/19/2015 | Billing on Invoice 9241 | FEES | 48.00 | | | | | | 0.00 |
| 6/22/2015 | Billing on Invoice 9283 | FEES | 32.00 | | | | | | 0.00 |
| 6/25/2015 | Capital One Services | Filing Fee - | | | | | 0.00 | | 400.00 |
| 6/30/2015 | Expense Recovery | Photocopy Recovery | | | | | 0.00 | | 4.68 |
| 7/20/2015 | Billing on Invoice 9364 | FEES | 468.00 | DISBS | 404.68 | | | | 0.00 |
| 7/23/2015 | Capital One Services | Process Server recovery - Services Rendered - Summons and Complaint | | | | | 0.00 | | 60.00 |
| 8/20/2015 | Billing on Invoice 9443 | FEES | 80.00 | DISBS | 60.00 | | | | 0.00 |
| 9/18/2015 | Billing on Invoice 9518 | FEES | 416.00 | | | | | | 0.00 |
| 10/8/2015 | Expense Recovery | Postage Recovery | | | | | 0.00 | | 1.42 |
| 10/19/2015 | Billing on Invoice 9585 | FEES | 16.00 | | | | | | 0.00 |
| 10/29/2015 | PACEr | PACR | | | | | 0.00 | | 0.40 |
| 10/31/2015 | Expense Recovery | Photocopy Recovery | | | | | 0.00 | | 4.80 |
| 11/9/2015 | Expense Recovery | Postage Recovery | | | | | 0.00 | | 0.49 |
| 11/20/2015 | Billing on Invoice 9657 | FEES | 880.00 | DISBS | 6.62 | | | | 0.00 |
| 11/25/2015 | UPS | Courier - UPS - recovery - | | | | | 0.00 | | 32.59 |
| 12/15/2015 | Billing on Invoice 9747 | FEES | 96.00 | DISBS | 33.08 | | | | 0.00 |
| 1/14/2016 | Billing on Invoice 9814 | | | | | | | | 0.00 |
| 2/29/2016 | Expense Recovery | Photocopy Recovery | | | | | 0.00 | | 14.80 |

| | | UNBILLED | | | | BILLED | | | BALANCES | |
|--------|------|--------|--------|--------|-------|--------|--------|----------|------|-------|
| TOTALS | CHE + | RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 14.80 | 2288.00 | 2302.80 | 511.34 | 2116.00 | 0.00 | 2627.34 | 0.00 | 0.00 |
| END DA | 0.00 | 14.80 | 2288.00 | 2302.80 | 511.34 | 2116.00 | 0.00 | 2627.34 | 0.00 | 0.00 |

| | | UNBILLED | | | | BILLED | | | BALANCES | |
|----------|------|--------|--------|--------|-------|--------|--------|----------|------|-------|
| FIRM TOT | CHE + | RECOV | + FEES | = TOTAL | DISBS | + FEES | + TAX | RECEIPTS | = A/R | TRUST |
| PERIOD | 0.00 | 14.80 | 2288.00 | 2302.80 | 511.34 | 2116.00 | 0.00 | 2627.34 | 0.00 | 0.00 |
| END DA | 0.00 | 14.80 | 2288.00 | 2302.80 | 511.34 | 2116.00 | 0.00 | 2627.34 | 0.00 | 0.00 |

REPORT SELECTIONS - Client Ledger

| | |
|---|---|
| Layout Template | Attorneys Fee Petition |
| Advanced Search Filter | None |
| Requested by | ADMIN |
| Finished | Tuesday, March 01, 2016 at 05:49:02 PM |
| Ver | 13.0 SP2 (13.0.20140210) |
| Matters | 0236-LANG |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |

15 CV 04946

Exhibit  C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, *et al.*,

               Plaintiffs,

    v.

LANGHORST CONSTRUCTION, INC., a
Missouri corporation,

               Defendant.

15 CV 04946

Judge Shah

Magistrate Judge Rowland

## JUDGMENT

Plaintiffs Chicago Regional Council of Carpenters Pension Fund *et al.*'s ("Trust Funds")

motion for entry of final judgment is granted and judgment is entered in favor of the Trust Funds

and against defendant LANGHORST CONSTRUCTION, INC., a Missouri corporation

("Defendant") in the amount of $79,098.43 as follows:

A.     $56,031.97 in unpaid contributions pursuant to the audit;

B.     $4,717.50 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records;

C.     $2,379.77 in interest pursuant to 29 U.S.C. § 1132(g)(2)(B);

D.     $11,039.05 in liquidated damages pursuant to 29 U.S.C. § 1132(g)(2)(C); and

E.     $4,930.14 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D).

The Trust Funds shall also recover reasonable attorney' fees and costs incurred by the Trust

Funds in enforcing this order and any such further relief as this Court deems appropriate. *See*

*Free v. Briody,* 793 F.2d 807, 808-09 (7th Cir. 1986).


_____         _____
     Date                                          Judge Manish S. Shah